J. EDWARD MEYER et al., Respondents, v. VILLAGE OF KINGS POINT, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 1004.]

DENIS H. MURPHY, Respondent, v. DAVID ENICOFF et al., Tenants-Appellants, and MAX ISMAN et al., Undertenants-Appellants.— Motion of appellant Isman for leave to appeal to the Appellate Division, and for a stay, denied, with $10 costs. Present — Johnston, Acting P. J., Adel, Sneed and Wenzel, JJ.; MacCrate, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BONINO, Appellant.— Motion for reargument of motion denied on the ground that there is no merit to the appeal. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ. Insofar as the appellant asks for an order granting leave to appeal to the Court of Appeals, the letter will be considered as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Presiding Justice Nolan.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PINCUS LANDAU, Appellant.— Motion for reargument denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 1000.]

RAYMOND J. WALSH, Respondent, v. BURTON T. BLISS, Doing Business under the Name of THE HASTINGS NEWS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 935.]

CECELIA D. WANAMAKER, as Administratrix of the Estate of LEONARD WANAMAKER, Deceased, Respondent-Appellant, v. WEFANT SPRINGSTEAD, Appellant, and EDWARD CHRISTOPHER, Respondent.— Motion for reargument denied, without costs. Motion for reargument, and for other relief, denied, without costs. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 1008.]

BENT STEEL CO., INC., Respondent, v. WESTERN ELECTRIC COMPANY, INCORPORATED, Appellant.— In an action to recover the agreed price and reasonable value of work, labor and services, judgment in favor of plaintiff, entered after a trial before a referee, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 275 App. Div. 710.]

ELEANOR H. BOWMAN et al., Respondents, v. WILLIAM H. DEMAREST, Appellant.— Order relieving plaintiffs of their default, in failing to serve a bill of particulars, and directing the acceptance thereof by defendant, affirmed, with $10 costs and disbursements. No opinion. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

ANGELINA CALECA et al., Appellants, v. JOSEPH BUONASERA et al., Respondents.— In an action to recover damages for personal injuries, order granting plaintiffs' motion for reargument, and upon reargument denying their motion to set aside the verdict of a jury and grant a new trial, or, in the alternative, for an order permitting the verdict to stand as a finding of negligence against respondent Buonasera and setting the matter down for rehearing on the question of damages sustained by the appellants, unanimously affirmed, with costs to each respondent. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.